IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ANGIE AND LARRY SPARKS, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:19-cv-110-P |
| FOREST RIVER, INC., | § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Rule 58.

In accordance with the Order granting the parties' Joint Stipulation and Consent Motion to Dismiss (ECF No. 75):

It is **ORDERED, ADJUDGED, and DECREED** that this Final Judgment disposes of all claims and all parties and this civil action should be and hereby is **DISMISSED with prejudice**. Each party shall bear his own attorneys' fees, expenses, and costs.

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **11th day** of **December, 2020**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE